191 F.2d 208
 VESS DRY COMPANY OF OHIO, a corporation of Ohio, et al., Appellants,
v.
PEPSICOLA BOTTLERS OF ST. LOUIS.
 No. 14187.
 United States Court of Appeals Eighth Circuit.
 August 14, 1951.
 
 1
 Appeal from the United States District Court for the Eastern District of Missouri.
 
 
 2
 Lawrence C. Kingsland, Edmund C. Rogers, Joseph J. Gravely and Harry W. Kroeger, all of St. Louis, Mo., for appellants.
 
 
 3
 James M. Douglas, George C. Dyer, St. Louis, Mo., Benjamin Algase and Milton Handler, New York City, for appellee.
 
 
 4
 Appeal from District Court dismissed without taxation of costs in favor of either of parties in this Court, on stipulation of parties.